U.S BANKRUPTCY COURT
District of South Carolina

Case Number: 11-06847-JW

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, for a total of 2 pages, including this page, is hereby ORDERED.

**FILED BY THE COURT**
**03/31/2014**



*John E Waites*
US Bankruptcy Judge
District of South Carolina

Entered: 03/31/2014

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Bankruptcy Case No.: 11-06847-JW |
| Thelka LeLechin Burkett | Chapter: 13 |
| Debtor. | **ORDER GRANTING RELIEF FROM STAY BASED UPON FAILURE TO COMPLY WITH SETTLEMENT ORDER** |

This matter comes before the Court upon the Affidavit of Default filed by South Carolina State Housing Finance and Development Authority as assignee of Mortgage Electronic Registration Systems, Inc. as nominee for The Hinks Company, Inc. ("Movant"), which indicates that the Debtor has failed to comply with the terms of the Settlement Order entered on January 10, 2014 by failing to make the payment(s) due on January 1, 2014, in accordance with the Settlement Order. Therefore, it is

ORDERED that relief from the automatic stay is granted as to the property described as the real property and improvements located at 107 Thornhill Road, Columbia, South Carolina, and that Movant may proceed with its state court remedies against the property, including sending any required notice to Debtor. The Movant has agreed to waive any claim arising under 11 U.S.C. §503(b) or §507(b) as a result of this Order, and has further agreed that any funds realized in excess of all liens, costs, and expenses will be paid to the Trustee.

IT IS FURTHER ORDERED that:

__X__  Based upon Debtors' prior agreement to Movant's request regarding the Fed R. Bankr. P. 4001 (a)(3) stay, this order is effective immediately.

_____  Pursuant to Fed. R. Bankr. P. 4001(a)(3), this order is stayed until the expiration of 14 days after its entry.

**AND IT IS SO ORDERD**